**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert L Jacobs, Jr., et al., | No. CV-20-01752-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Wheaton Van Lines Incorporated, et al., | |
| Defendants. | |

Before the Court are Plaintiffs' motions to disqualify opposing counsel. (Docs. 18, 20, 25, 28.) "As a general rule, courts do not disqualify an attorney on the grounds of conflict of interest unless the former client moves for disqualification." *Kasza v. Browner*, 133 F.3d 1159, 1171 (9th Cir. 1998). Yet, Plaintiffs have indiscriminately moved to disqualify all opposing counsel in some form or another. Plaintiffs—who have not alleged they have suffered an injury in fact arising from these alleged representational defects—lack standing to complain about possible conflicts of interest arising out of the representation of Defendants. *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992).

Plaintiffs' motions are meritless. The Ninth Circuit has recognized the potential for abuse of disqualification motions, explaining that litigants may engage in such costly motions practice, not because their arguments are particularly meritorious, but to inconvenience the other side. *Optyl Eyewear Fashion Intern. Corp. v. Style Co., Ltd.*, 760 F.2d 1045, 1051 (9th Cir. 1985). The Court will not tolerate such behavior.

**IT IS ORDERED** that Plaintiffs' motions to disqualify opposing counsel (Docs. 18, 28) are **DENIED.**

Dated this 4th day of December, 2020.

_____
Douglas L. Rayes
United States District Judge